**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Santos Pascual R.R.,

Petitioner,

v.

Todd Blanche, U.S. Attorney General; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; David Venturella, Acting Director of Immigration and Customs Enforcement; David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement;

Respondents.

Case No. 26-cv-4135 (ECT/SGE)

**ORDER**

---

**IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Santos Pascual R.R. by no later than **October 5, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer shall include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **October 12, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Respondents are **PROHIBITED** from transferring Petitioner to another district **without at least 24 hours prior notice** to the Court and opposing counsel so that Petitioner remains able to communicate with his attorney.

Dated: September 28, 2026

*s/ Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge

**NOTICE**

**Filing Objections**: This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in LR 72.2(c).